Slip Op. 18-174

UNITED STATES COURT OF INTERNATIONAL TRADE

TOSÇELIK PROFIL VE SAC
ENDÜSTRISI A.Ş., AND TOSYALI DIS
TICARET A.Ş., ÇAYIROVA BORU
SANAYI VE TICARET A.Ş., AND YÜCEL
BORU ITHALAT-IHRACAT VE
PAZARLAMA A.Ş.,

                Plaintiffs,

                v.

UNITED STATES,

                Defendant.

Before: Leo M. Gordon, Judge

Consol. Court No. 15-00339

**JUDGMENT**

Before the court is the U.S. Department of Commerce's Final Results of Second Redetermination ("Second Remand Results"), ECF No. 86, filed pursuant to Toscelik Profil ve Sac Endustrisi A.S. v. United States, 42 CIT ___, 2018 WL 5298443 (Oct. 24, 2018). During the remand proceedings before Commerce, no party commented on the draft remand results and no changes were made in the final remand results. Second Remand Results at 4-5. There being no challenge to the Second Remand Results, it is hereby

**ORDERED** that final results in the antidumping duty investigation covering welded line pipe from the Republic of Turkey, Welded Line Pipe from the Republic of Turkey, 80 Fed. Reg. 61,362 (Dep't of Commerce Oct. 13, 2015) (final determ. of sales at less than fair value) and accompanying Issues and Decision Mem. for Welded Line Pipe from the Republic of Turkey, A-489-822 (Dep't of Commerce Oct. 13, 2015), ECF No. 21-2,

available at http:enforcement.trade.gov/frn/summary/turkey/2015-25990-1.pdf (last visited this date) is sustained, except for the matter covered by the <u>Second Remand Results</u>; and it is further

      **ORDERED** that the <u>Second Remand Results</u> are sustained.


                                   <u>/s/ Leo M. Gordon</u>
                                  Judge Leo M. Gordon


Dated: December 19, 2018
      New York, New York